# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REGINALD E. CHAPPLE, Jr. | § | Case No. 14-22075 |
| LYLE-CHAPPLE LAQUETTA P. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, October 6, 2015 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/31/2015                    By: /s/ Barry A. Chatz, Trustee
                                                          Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REGINALD E. CHAPPLE, Jr. | § | Case No. 14-22075 |
| LYLE-CHAPPLE LAQUETTA P. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,516.93 |
| and approved disbursements of | $ | 203.31 |
| leaving a balance on hand of[1] | $ | 20,313.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Lms Services, Inc. | $ 16,105.40 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 20,313.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,801.69 | $ 0.00 | $ 2,801.69 |
| Trustee Expenses: BARRY A. CHATZ | $ 69.18 | $ 0.00 | $ 69.18 |
| Charges: United States Bankruptcy Court Clerk | $ 260.00 | $ 0.00 | $ 260.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,130.87 |
| Remaining Balance | $ | 17,182.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 353,123.66  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lms Services, Inc. | $ 16,105.40 | $ 0.00 | $ 783.68 |
| 3 | Navient Solutions Inc | $ 14,409.21 | $ 0.00 | $ 701.14 |
| 4 | Navient Solutions Inc | $ 35,831.65 | $ 0.00 | $ 1,743.54 |
| 5 | Navient Solutions Inc. for DOE | $ 87,173.76 | $ 0.00 | $ 4,241.81 |
| 6 | Navient Solutions Inc. for DOE | $ 56,045.26 | $ 0.00 | $ 2,727.12 |
| 7 | Keybank N. A. | $ 24,170.31 | $ 0.00 | $ 1,176.11 |
| 8 | Keybank N. A. | $ 23,794.03 | $ 0.00 | $ 1,157.80 |
| 9 | American Education Services | $ 7,627.28 | $ 0.00 | $ 371.14 |
| 10 | American Education Services | $ 3,829.38 | $ 0.00 | $ 186.33 |
| 11 | Keybank National Assoc. | $ 24,135.51 | $ 0.00 | $ 1,174.42 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Keybank National Assoc. | $ 42,033.64 | $ 0.00 | $ 2,045.33 |
| 13 | Keybank National Assoc. | $ 17,968.23 | $ 0.00 | $ 874.33 |

Total to be paid to timely general unsecured creditors        $ 17,182.75

Remaining Balance        $ 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/ Barry A. Chatz, Trustee
Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 14-22075-TAB
Reginald E. Chapple, Jr.                                        Chapter 7
Laquetta P. Lyle-Chapple
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ahamilton         Page 1 of 2           Date Rcvd: Sep 02, 2015
                              Form ID: pdf006          Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2015.
```
db          #+Reginald E. Chapple, Jr.,    6431 W. 125th ST,    Palos Heights, IL 60463-1705
jdb          +Laquetta P. Lyle-Chapple,    6431 W. 125th ST,    Palos Heights, IL 60463-1705
22045709     +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
22953258     +American Education Services,    PO Box 8183,    Harrisburg, PA 17105-8183
22045711     +Chicago Christian Counseling,    15127 S. 73rd AVE, STE G,    Orland Park, IL 60462-5427
22045713     +Davis McGrath, LLC,    125 S. Wacker DR, STE 1700,    Chicago, IL 60606-4478
22045714      EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
22045715      ER Medical Associates of Palos Ltd.,    P.O. Box 5969,    Carol Stream, IL 60197-5969
22045716      Great Lakes,    P.O. Box 3059,    Milwaukee, WI 53201-3059
22045717      Illinois Collection Service,    P.O. Box 1010,    Tinley Park, IL 60477-9110
22859695     +KeyBank N.A.,    Weltman, Weinberg & Reis, Co., L.P.A,    323 W. Lakeside Avenue, Ste 200,
               Cleveland, OH 44113-1009
22045718     +Keybank National Assoc.,    Weltman, Weinberg & Reis, Co., L.P.A,
               323 W. Lakeside Avenue, Ste 200,    Cleveland, OH 44113-1009
22045719     +LMS Services, Inc.,    c/o Gini S Marziani,    Davis McGrath LLC,    125 S Wacker Dr #1700,
               Chicago, IL 60606-4478
22045720     +Malcolm S. Gerald & Assoc, Inc,    332 S. Michigan Ave., Suite 600,    Chicago, IL 60604-4318
22045721     +Medical Express Ambulance Serv,    5650 W. Howard St.,    Skokie, IL 60077-2623
22799904     +Navient Solutions Inc,    220 Lasley Ave.,    Wilkes-Barre Pa 18706-1430
22800091      Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
               Wilkes-Barre PA. 18773-9635
22045724     +Palos Chiropractic, Inc,    10059 S. Roberts Road,    Palos Hills, IL 60465-1560
22045725     +Palos Community Hospital,    12251 S. 80th Avenue,    Palos Heights, IL 60463-0930
22045726     +Pamela Tapp-Chapple,    494 E. 118th ST,    Cleveland, OH 44108-1865
22045727      Radiology and Nuclear Consultants,    311 W Monroe 8 Fl,    Chicago, IL 60606
22045730     +Target,    Retailers National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
22045731     +The Oasis Center for Health,    201 E. Ogden Ave.,    Hinsdale, IL 60521-3656
22045732      The Pediatric Faculty,    Foundation,    P.O. Box 4051,    Carol Stream, IL 60197-4051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22045710      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 03 2015 01:29:32     American Honda Finance,
               2170 Point Blvd Ste 100,    Elgin, IL 60123
22045722     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 03 2015 01:29:04     Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 2,    San Diego, CA 92123-2255
22045723     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 03 2015 01:29:04     Midland Funding,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
22045729      E-mail/PDF: pa_dc_claims@navient.com Sep 03 2015 01:26:05     Sallie Mae,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
22045728      E-mail/PDF: pa_dc_claims@navient.com Sep 03 2015 01:25:26     Sallie Mae,    P.O. Box 9635,
               Wilkes Barre, PA 18773-9635
                                                                                  TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22045712      CMMG
22808326*     Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
               Wilkes-Barre PA. 18773-9635
                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2015                              Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: ahamilton          Page 2 of 2          Date Rcvd: Sep 02, 2015
                             Form ID: pdf006          Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2015 at the address(es) listed below:
          Barry A Chatz     bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Jeffrey  Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
          Mona  Naser    on behalf of Creditor   LMS Services Inc mnaser@davismcgrath.com,
           mnaserlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stuart B Handelman    on behalf of Debtor Reginald E. Chapple, Jr. court@sbhpc.net,
           ksmith@sbhpc.net,jhuang@sbhpc.net
          Stuart B Handelman    on behalf of Joint Debtor Laquetta P. Lyle-Chapple court@sbhpc.net,
           ksmith@sbhpc.net,jhuang@sbhpc.net
                                                                                    TOTAL: 6