UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| REGINALD E. CHAPPLE, Jr. § | Case No. 14-22075 |
| LYLE-CHAPPLE LAQUETTA P. § | |
| § | |
| Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 18,772.66<br>*(Without deducting any secured claims)* | Assets Exempt: 9,125.34 |
| Total Distributions to Claimants: 17,182.75 | Claims Discharged<br>Without Payment: 575,395.43 |
| Total Expenses of Administration: 3,334.18 | |

3) Total gross receipts of $ 20,516.93  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,516.93  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 18,772.66 | $ 16,105.40 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,334.18 | 3,334.18 | 3,334.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 220,681.86 | 353,123.66 | 353,123.66 | 17,182.75 |
| **TOTAL DISBURSEMENTS** | $ 239,454.52 | $ 372,563.24 | $ 356,457.84 | $ 20,516.93 |

    4) This case was originally filed under chapter 7 on 06/12/2014 . The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: 02/24/2016            By:/s/BARRY A. CHATZ
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AARP Life Insurance | 1229-000 | 20,516.93 |
| **TOTAL GROSS RECEIPTS** | | **$20,516.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance 2170 Point Blvd Ste 100 Elgin, IL 60123 | | 18,772.66 | NA | NA | 0.00 |
| 2 | Lms Services, Inc. | 4110-000 | NA | 16,105.40 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 18,772.66** | **$ 16,105.40** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,801.69 | 2,801.69 | 2,801.69 |
| BARRY A. CHATZ | 2200-000 | NA | 69.18 | 69.18 | 69.18 |
| Arthur B. Levine Company | 2300-000 | NA | 15.05 | 15.05 | 15.05 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 40.48 | 40.48 | 40.48 |
| The Bank of New York Mellon | 2600-000 | NA | 147.78 | 147.78 | 147.78 |
| United States Bankruptcy Court Clerk | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,334.18 | $ 3,334.18 | $ 3,334.18 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AES P.O. Box 2461 Harrisburg, PA 17101 | | 3,775.00 | NA | NA | 0.00 |
| | Chicago Christian Counseling 15127 S. 73rd AVE, STE G Orland Park, IL 60462 | | 635.00 | NA | NA | 0.00 |
| | CMMG | | 25.00 | NA | NA | 0.00 |
| | Davis McGrath, LLC 125 S. Wacker DR, STE 1700 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | EOS CCA 700 Longwater Drive Norwell, MA 02061-1624 | | 140.00 | NA | NA | 0.00 |
| | ER Medical Associates of Palos Ltd. P.O. Box 5969 Carol Stream, IL 60197-5969 | | 80.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Great Lakes P.O. Box 3059 Milwaukee, WI 53201-3059 | | 0.00 | NA | NA | 0.00 |
| | Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477-9110 | | 0.00 | NA | NA | 0.00 |
| | Keybank National Assoc. PO Box 94968 Cleveland, OH 44101 | | 43,777.37 | NA | NA | 0.00 |
| | LMS Services, Inc. PO Box 4302 Warren, OH 44482 | | 16,739.60 | NA | NA | 0.00 |
| | Malcolm S. Gerald & Assoc, Inc 332 S. Michigan Ave., Suite 600 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Medical Express Ambulance Serv 5650 W. Howard St. Skokie, IL 60077 | | 649.00 | NA | NA | 0.00 |
| | Midland Credit Management, Inc. 8875 Aero Drive, Suite 2 San Diego, CA 92123 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Drive, Suite 200 San Diego, CA 92123 | | 2,229.88 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palos Chiropractic, Inc 10059 S. Roberts Road Palos Hills, IL 60465 | | 20.00 | NA | NA | 0.00 |
| | Palos Community Hospital 12251 S. 80th Avenue Palos Heights, IL 60463 | | 1,073.00 | NA | NA | 0.00 |
| | Palos Community Hospital 12251 S. 80th Avenue Palos Heights, IL 60463 | | 548.71 | NA | NA | 0.00 |
| | Radiology and Nuclear Consultants 311 W Monroe 8 Fl Chicago, IL 60606 | | 9.00 | NA | NA | 0.00 |
| | Sallie Mae P.O. Box 9635 Wilkes Barre, PA 18773-9635 | | 81,491.90 | NA | NA | 0.00 |
| | Sallie Mae PO Box 9500 Wilkes Barre, PA 18773-9500 | | 68,905.00 | NA | NA | 0.00 |
| | Target Retailers National Bank P.O. Box 59317 Minneapolis, MN 55459 | | 293.40 | NA | NA | 0.00 |
| | The Oasis Center for Health 201 E. Ogden Ave. Hinsdale, IL 60521 | | 40.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Pediatric Faculty Foundation P.O. Box 4051 Carol Stream, IL 60197-4051 | | 250.00 | NA | NA | 0.00 |
| 10 | American Education Services | 7100-000 | NA | 3,829.38 | 3,829.38 | 186.33 |
| 9 | American Education Services | 7100-000 | NA | 7,627.28 | 7,627.28 | 371.14 |
| 7 | Keybank N. A. | 7100-000 | NA | 24,170.31 | 24,170.31 | 1,176.11 |
| 8 | Keybank N. A. | 7100-000 | NA | 23,794.03 | 23,794.03 | 1,157.80 |
| 11 | Keybank National Assoc. | 7100-000 | NA | 24,135.51 | 24,135.51 | 1,174.42 |
| 12 | Keybank National Assoc. | 7100-000 | NA | 42,033.64 | 42,033.64 | 2,045.33 |
| 13 | Keybank National Assoc. | 7100-000 | NA | 17,968.23 | 17,968.23 | 874.33 |
| 1 | Lms Services, Inc. | 7100-000 | NA | 16,105.40 | 16,105.40 | 783.68 |
| 3 | Navient Solutions Inc | 7100-000 | NA | 14,409.21 | 14,409.21 | 701.14 |
| 4 | Navient Solutions Inc | 7100-000 | NA | 35,831.65 | 35,831.65 | 1,743.54 |
| 5 | Navient Solutions Inc. for DOE | 7100-000 | NA | 87,173.76 | 87,173.76 | 4,241.81 |
| 6 | Navient Solutions Inc. for DOE | 7100-000 | NA | 56,045.26 | 56,045.26 | 2,727.12 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 220,681.86 | $ 353,123.66 | $ 353,123.66 | $ 17,182.75 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-22075 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | REGINALD E. CHAPPLE, Jr. | | | | Date Filed (f) or Converted (c): | 06/12/2014 (f) |
| | LYLE-CHAPPLE LAQUETTA P. | | | | 341(a) Meeting Date: | 07/22/2014 |
| For Period Ending: | 02/24/2016 | | | | Claims Bar Date: | 03/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 10.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| 4. Pension / Profit Sharing | Unknown | Unknown | | 0.00 | FA |
| 5. Vehicles | 25,000.00 | 0.00 | | 0.00 | FA |
| 6. Vehicles | 2,388.00 | 0.00 | | 0.00 | FA |
| 7. AARP Life Insurance (u) | 20,516.93 | 20,516.93 | | 20,516.93 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $48,414.93   $20,516.93   $20,516.93   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets administered. TFR scheduled for hearing 10/6/15 @ 10:30 a.m.

RE PROP #      7   --   PROCEEDS OF LIFE INSURANCE POLICY ON LIFE OF BLANCHE HAYNIE

Initial Projected Date of Final Report (TFR): 12/31/2015      Current Projected Date of Final Report (TFR): 12/31/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-22075 | Trustee Name: BARRY A. CHATZ | |
| Case Name: REGINALD E. CHAPPLE, Jr. | Bank Name: Union Bank | |
| LYLE-CHAPPLE LAQUETTA P. | Account Number/CD#: XXXXXX0631 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1597 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9635 | Transfer of Funds | 9999-000 | $20,313.62 | | $20,313.62 |
| 10/06/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $2,870.87 | $17,442.75 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($2,801.69) | 2100-000 | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($69.18) | 2200-000 | | |
| 10/06/15 | 400002 | United States Bankruptcy Court Clerk | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $17,182.75 |
| 10/06/15 | 400003 | Lms Services, Inc.<br>C/O Gini S Marziani<br>Davis Mcgrath Llc<br>125 S Wacker Dr #1700<br>Chicago, Il 60606 | Final distribution to claim 1 representing a payment of 4.87 % per court order. | 7100-000 | | $783.68 | $16,399.07 |
| 10/06/15 | 400004 | Navient Solutions Inc<br>220 Lasley Ave.<br>Wilkes-Barre Pa. 18706 | Final distribution to claim 3 representing a payment of 4.87 % per court order. | 7100-000 | | $701.14 | $15,697.93 |
| 10/06/15 | 400005 | Navient Solutions Inc<br>220 Lasley Ave.<br>Wilkes-Barre Pa. 18706 | Final distribution to claim 4 representing a payment of 4.87 % per court order. | 7100-000 | | $1,743.54 | $13,954.39 |
| 10/06/15 | 400006 | Navient Solutions Inc. for DOE<br>Department Of Education Services<br>P.O. Box 9635<br>Wilkes-Barre Pa. 18773-9635 | Final distribution to claim 5 representing a payment of 4.87 % per court order. | 7100-000 | | $4,241.81 | $9,712.58 |
| 10/06/15 | 400007 | Navient Solutions Inc. for DOE<br>Department Of Education Services<br>P.O. Box 9635<br>Wilkes-Barre Pa. 18773-9635 | Final distribution to claim 6 representing a payment of 4.87 % per court order. | 7100-000 | | $2,727.12 | $6,985.46 |
| 10/06/15 | 400008 | Keybank N. A.<br>Keybank N.A.<br>Weltman, Weinberg & Reis, Co., L.P.A<br>323 W. Lakeside Avenue, Ste 200<br>Cleveland, Oh 44113 | Final distribution to claim 7 representing a payment of 4.87 % per court order. | 7100-000 | | $1,176.11 | $5,809.35 |

Page Subtotals: $20,313.62   $14,504.27

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-22075 | Trustee Name: | BARRY A. CHATZ |
| Case Name: REGINALD E. CHAPPLE, Jr. | Bank Name: | Union Bank |
| LYLE-CHAPPLE LAQUETTA P. | Account Number/CD#: | XXXXXX0631 |
| | | Checking |
| Taxpayer ID No: XX-XXX1597 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 02/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/15 | 400009 | Keybank N. A.<br>Keybank N.A.<br>Weltman, Weinberg & Reis, Co., L.P.A<br>323 W. Lakeside Avenue, Ste 200<br>Cleveland, Oh 44113 | Final distribution to claim 8 representing a payment of 4.87 % per court order. | 7100-000 | | $1,157.80 | $4,651.55 |
| 10/06/15 | 400010 | American Education Services<br>Po Box 8183<br>Harrisburg, Pa 17105 | Final distribution to claim 9 representing a payment of 4.87 % per court order. | 7100-000 | | $371.14 | $4,280.41 |
| 10/06/15 | 400011 | American Education Services<br>Po Box 8183<br>Harrisburg, Pa 17105 | Final distribution to claim 10 representing a payment of 4.87 % per court order. | 7100-000 | | $186.33 | $4,094.08 |
| 10/06/15 | 400012 | Keybank National Assoc.<br>Weltman, Weinberg & Reis, Co., L.P.A<br>323 W. Lakeside Avenue, Ste 200<br>Cleveland, Oh 44113 | Final distribution to claim 11 representing a payment of 4.87 % per court order. | 7100-000 | | $1,174.42 | $2,919.66 |
| 10/06/15 | 400013 | Keybank National Assoc.<br>Weltman, Weinberg & Reis, Co., L.P.A<br>323 W. Lakeside Avenue, Ste 200<br>Cleveland, Oh 44113 | Final distribution to claim 12 representing a payment of 4.87 % per court order. | 7100-000 | | $2,045.33 | $874.33 |
| 10/06/15 | 400014 | Keybank National Assoc.<br>Weltman, Weinberg & Reis, Co., L.P.A<br>323 W. Lakeside Avenue, Ste 200<br>Cleveland, Oh 44113 | Final distribution to claim 13 representing a payment of 4.87 % per court order. | 7100-000 | | $874.33 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $20,313.62 | $20,313.62 |
| Less: Bank Transfers/CD's | $20,313.62 | $0.00 |
| Subtotal | $0.00 | $20,313.62 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $20,313.62 |

Page Subtotals:                                        $0.00            $5,809.35

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-22075 | Trustee Name: BARRY A. CHATZ |
| Case Name: REGINALD E. CHAPPLE, Jr. | Bank Name: The Bank of New York Mellon |
| LYLE-CHAPPLE LAQUETTA P. | Account Number/CD#: XXXXXX9635 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1597 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/24/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/14 | 7 | AARP LIFE INSURANCE PROGRAM FROM NEW YORK LIFE5505 W. CYPRESS, SUITE 100TAMPA, FLORIDA 33607-1707 | INSURANCE PROCEEDS | 1229-000 | $20,516.93 | | $20,516.93 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $20,506.93 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $30.48 | $20,476.45 |
| 02/04/15 | 300001 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $15.05 | $20,461.40 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.44 | $20,430.96 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.45 | $20,403.51 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.33 | $20,373.18 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.31 | $20,343.87 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.25 | $20,313.62 |
| 08/21/15 | | Transfer to Acct # xxxxxx0631 | Transfer of Funds | 9999-000 | | $20,313.62 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,516.93 | $20,516.93 |
| Less: Bank Transfers/CD's | $0.00 | $20,313.62 |
| Subtotal | $20,516.93 | $203.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,516.93 | $203.31 |
| Page Subtotals: | $20,516.93 | $20,516.93 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0631 - Checking | $0.00 | $20,313.62 | $0.00 |
| XXXXXX9635 - Checking Account (Non-Interest Earn | $20,516.93 | $203.31 | $0.00 |
| | $20,516.93 | $20,516.93 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,516.93 |
| Total Gross Receipts: | $20,516.93 |

Page Subtotals: $0.00 $0.00